192 F.2d 391
 Mary A. RILEY, Administratrix of the Estate of Frank L.
Riley, deceased, Plaintiff-Appellant,
v.
SOUTHERN TRANSP. CO., Defendant-Appellee.
 No. 76, Docket 22135.
 United States Court of Appeals Second Circuit.
 Argued Nov. 8, 1951.
Decided Nov. 21, 1951.
 
 Solomon Goodman, New York City, for appellant.
 Nelson, Healy, Baillie & Burke, New York City, Allen A. Baillie, New York City, of counsel, for appellee.
 Before SWAN, Chief Judge, FRANK, Circuit Judge and COXE, District Judge.
 PER CURIAM.
 
 
 1
 Judgment affirmed as to the first cause of action on the opinion below, D.C., 90 F.Supp. 842. The second cause of action has been discontinued by stipulation.